## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
No. 19-mj-03312-Louis

UNITED STATES OF AMERICA

v.

JEREMIAH HORENSTEIN,
      a/k/a "Jeremiah Brown,"
      a/k/a "Jerm Brown,"
      a/k/a "Sean Brown," and
RACQUEL LAVETTE BIJOU,

      Defendants.

_____/

## CRIMINAL COMPLAINT COVER SHEET

1.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    __Yes  X  No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?__Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    _____

DANIEL CERVANTES
Florida Bar No. 40836
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9031
FAX (305) 530-7976
daniel.cervantes@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEREMIAH HORENSTEIN, | ) | Case No. 19-mj-03312-Louis |
| a/k/a "Jeremiah Brown," | ) | |
| a/k/a "Jerm Brown," and a/k/a "Sean Brown," and | ) | |
| RACQUEL LAVETTE BIJOU, | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) _____ May 13, 2019, to June 7, 2019 _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 1591(a)(l), (b)(l), (b)(2) and (c) | Sex trafficking of children |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

S.A. Alex G. Loff, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: Aug 16 2019

_____
_Judge's signature_

City and state: _____ Miami, Florida _____

United States Magistrate Judge Lauren F. Louis
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Alex G. Loff, having been duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since March 2018.  Thus, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code.  That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, et seq.

2.      I currently serve as part of the Crimes Against Children squad and the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF) in the FBI's Miami Field Office.  My duties include the investigation of crimes involving the sexual exploitation of minors, including the sex trafficking and commercial trafficking of minors and the possession and production of child pornography.  I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking.

3.      This affidavit is submitted in support of a criminal complaint charging that from on or about May 13, 2019, to June 7, 2019, in Miami-Dade County, in the Southern District of Florida, the defendants,

i.      JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," and a/k/a "Sean Brown"; and

      ii.     RACQUEL LAVETTE BIJOU;

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is, MINOR VICTIM, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM, that means of force, threats of force, and coercion, and any combination of such means, would be used to cause MINOR VICTIM to engage in a commercial sex act, and MINOR VICTIM had not attained the age of 14 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l), (b)(l), (b)(2) and (c).

4.     The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation.  I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a search warrant as requested herein.

## II.   **PROBABLE CAUSE**

### a. **Introduction**

5.     This case involves the sex trafficking of a 13-year old female juvenile runaway (MINOR VICTIM). Defendant HORENSTEIN is believed to be the leader/pimp in the trafficking of MINOR VICTIM. Defendant BIJOU is believed to be the "bottom," which is a female appointed by the leader/pimp, in this case HORENSTEIN, to work directly with the other trafficking victims, including supervision, collection of money, posting ads, and reporting rule violations, among other duties.

### b. Background

6.      On Friday, June 7, 2019, the Federal Bureau of Investigation (FBI) was contacted by a Child Protective Services Investigator from the Broward County Sheriff's Office, who indicated that a 13-year old female juvenile runaway (MINOR VICTIM) was a suspected sex trafficking victim, based on a review of social media postings, information obtained from the MINOR VICTIM's relative, and the investigator's training. The MINOR VICTIM's relative received a text message on Thursday, May 23, 2019, from MINOR VICTIM utilizing the phone number (954) 743-9766 (MINOR VICTIM's phone), which stated "I fucked so many people." The MINOR VICTIM's relative also provided call detail records for phone number (954) 743-9766, which indicated numerous telephonic contact with phone number (347) 777-4143. The phone number (347) 777-4143 has been associated with numerous prostitution advertisements in the Miami Section of Listcrawler.com. Listcrawler.com is a website commonly known for promoting and advertising commercial sex acts.

7.      Further investigation of these advertisements indicated numerous related ads in the Miami area with similar photographs, descriptions, or language.  One such advertisement dated Monday, June 10, 2019, at 10:10 P.M., with the listed phone number of (786) 306-3996 advertised similar photographs of a young white female fitting the description of the MINOR VICTIM.  The FBI contacted Miami-Dade Police Department (MDPD), who assigned the investigation to their Special Victim's Unit.

### c. Recovery of MINOR VICTIM

8.      On Tuesday, June 11, 2019, at 5:38 A.M., a MDPD detective, working in an undercover capacity, made contact via text message to telephone number (786) 306-3996, to arrange a prostitution date.  An unknown subject replied, "Okay Baby How Long You Want To

See me For?"  The detective requested an hour, to which the reply stated "70/80ss 100hhr 160 For two pops 200 for an hr."  Due to my training and experience, this language indicates prices for commercial sex acts.  Specifically, "70/80ss" means $70 to $80 for a "short stay"; "100hhr" means $100 for a half hour; "160 For two pops" means $160 for two ejaculations; and "200 for an hr" means $200 for an hour. Further text conversations between the undercover detective and the subject led to the disclosure that the MINOR VICTIM was located at a residence in Miami, Florida (hereinafter referred to as "The Premises").

9.      MDPD detectives and members of the CEHTTF established a surveillance of The Premises. A MDPD detective observed a white female matching the description of the MINOR VICTIM exit The Premises, and another MDPD detective verified that the female matched the description of the MINOR VICTIM. Members of MDPD and CEHTTF immediately approached The Premises, detained the female, who was later identified to be the MINOR VICTIM, on the front lawn and proceeded towards the residence to conduct a security sweep of The Premises, to ensure no other victims were therein.

10.      As the entry door was approached, it was found to be slightly ajar.  While standing at the threshold, law enforcement observed a black male, wearing only unzipped pants, was standing near the couch in the living room area, with a black female sitting on the couch.  It appeared that the female was performing fellatio on the male.  Both subjects were ordered to exit The Premises.  Entry was then made into The Premises, where an additional room was located south of the entry door.  Once at the doorway of the room, detectives identified themselves as "police" and ordered an unrobed black female, who was hiding between the wall and the bed, to show her hands. A further search of the bedroom revealed a bathroom, in which a black male was found hiding in the shower, behind the shower curtain and was nude.  Both the male and the female

4

were secured and escorted outside of The Premises. During the security sweep, law enforcement observed multiple electronic devices and condom wrappers scattered about The Premises. Law enforcement also noted a strong odor of marijuana emitting from within The Premises and while inside, law enforcement observed a round metal grinder, which is commonly used to grind marijuana.

### d. Interviews of MINOR VICTIM

11.     On June 11, 2019, members of the CEHTTF, interviewed MINOR VICTIM. The MINOR VICTIM stated she ran away from home in Tamarac, Florida on the evening of May 19 and into May 20 because she was bored.  She spent several days with numerous different unknown individuals, at unknown locations, and eventually met an older black female named Suprah. Suprah asked her if she wanted to make money. MINOR VICTIM responded "how," and Suprah responded, "to sell your pussy."  MINOR VICTIM was reluctant at first but Suprah persisted and convinced her to do a date with an older gentleman in his fifties.  The MINOR VICTIM performed oral sex on him and had vaginal sex with him.  All of the money from this date went to Suprah. During a second date, the MINOR VICTIM performed oral sex on a customer and all of the money went to Suprah once again.  There were only two dates in total.  Suprah attempted to convince the MINOR VICTIM to do more dates, but the MINOR VICTIM told Suprah she had her menstrual cycle.  Suprah told her she could put wipes in her vagina and still do dates.  The MINOR VICTIM refused to do this.

12.     The MINOR VICTIM identified Suprah as the larger black female, who was performing fellatio, located by Miami-Dade Police and the CEHTTF on June 11, 2019, at The Premises. Suprah was later identified by law enforcement as Souprina Blanc, by an Illinois identification card, which she provided. Suprah was taken into custody and arrested.

13.     MINOR VICTIM gave consent to search her Apple iPhone 8 plus, the results of which are described in part below.

14.     On June 18, 2019, MINOR VICTIM was interviewed by members of the CEHTTF at the Dade Juvenile Detention Center. The MINOR VICTIM stated she was scared to speak to law enforcement during the first interview (referencing the interview on June 11, 2019) because she believed that Suprah was in the same building, in one of the nearby rooms, and was afraid Suprah would hear what she was saying.

15.     The MINOR VICTIM stated that shortly after running away from home, she met RACQUEL LAVETTE BIJOU ("BIJOU") while staying at a friend's house. BIJOU asked if MINOR VICTIM wanted to make money and told her to call when she was ready to do so. A few days later, MINOR VICTIM called BIJOU to start making money. A review of MINOR VICTIM's phone shows a phone contact created on May 13, 2019, under the name "Bijou" with phone number 786-870-2708 ("BIJOU-2708). Subscriber records from T-Mobile show that this phone number is subscribed to "Racquel Bijou."

16.     MINOR VICTIM explained that she thought she was going to make money by helping BIJOU with her tattoo work, but BIJOU told her "you're gonna sell your pussy," "you're gonna be sucking dick," and "you're gonna be fucking a lot." BIJOU told MINOR VICTIM that they would split the money 50/50 and instructed her to make the "dates" feel very comfortable. MINOR VICTIM was supposed to start rubbing the dates to make sure they were not wearing a wire and ask "where are the roses," in reference to the money. MINOR VICTIM was then supposed to take the money and put it in the hotel room safe. MINOR VICTIM stated that she engaged in sex as directed because she had no money and nowhere to go.

17.    BIJOU told MINOR VICTIM to text BIJOU with the word, "in" with the amount of money collected from each date and then "out" when the date left. A review of MINOR VICTIM's phone corroborates MINOR VICTIM:

| | Time | From | To | Message |
|---|---|---|---|---|
| 6/4/2019 | 7:46:09 PM | MINOR VICTIM | BIJOU | In 250 |
| 6/4/2019 | 7:48:52 PM | BIJOU | MINOR VICTIM | In |
| 6/4/2019 | 7:49:00 PM | BIJOU | MINOR VICTIM | ?? |
| 6/4/2019 | 8:03:16 PM | MINOR VICTIM | BIJOU | Out |
| 6/4/2019 | 8:39:29 PM | MINOR VICTIM | BIJOU | In 60 |
| 6/4/2019 | 9:18:00 PM | MINOR VICTIM | BIJOU | In 120 |
| 6/4/2019 | 9:25:53 PM | MINOR VICTIM | BIJOU | Out |
| 6/4/2019 | 9:40:52 PM | MINOR VICTIM | BIJOU | In 80 |
| 6/4/2019 | 9:45:20 PM | MINOR VICTIM | BIJOU | Out |
| 6/4/2019 | 9:45:26 PM | MINOR VICTIM | BIJOU | In at 940 |
| 6/4/2019 | 9:45:39 PM | BIJOU | MINOR VICTIM | Lmao |
| 6/4/2019 | 10:12:32 PM | MINOR VICTIM | BIJOU | In 80 |
| 6/4/2019 | 10:16:38 PM | MINOR VICTIM | BIJOU | Out |
| 6/4/2019 | 10:18:04 PM | BIJOU | MINOR VICTIM | Ok going to buy condoms |
| 6/4/2019 | 10:40:10 PM | MINOR VICTIM | BIJOU | In 50 |
| 6/4/2019 | 10:46:08 PM | MINOR VICTIM | BIJOU | Leaving now |

18.    Based on my training and experience, the acronym "Lmao" means "laughing my ass off." Additionally, I know, based on my training an experience, that individuals engaged in sex trafficking often times provide condoms or some other form of birth control to the victims.

19.    MINOR VICTIM further explained that BIJOU told MINOR VICTIM to take pictures of herself so that she could send them to potential clients and said, "you need to take these fucking pics, I need them to show people." BIJOU told MINOR VICTIM they needed to be selfies so that they looked real. MINOR VICTIM sent the photos she took to both BIJOU and HORENSTEIN.

20.    A review of MINOR VICTIM's phone shows that on June 5, 2019, at 1:04:36 PM, MINOR VICTIM sent 8 selfie photographs to 772-672-9559 (HORENSTEIN-9559). The photographs include pictures of MINOR VICTIM's chest with her nipple exposed, close ups of

her buttocks wearing only panties, and her genital area wearing only panties. These pictures can be found on numerous ads. These ads on www.listcrawler.com are dated June 2, 3, and 4 and on www.megapersonals.com they are dated June 2, 4, and 5.

21.     HORENSTEIN-9559 is saved in MINOR VICTIM's phone under the contact name "Jeremia[100]." Records from Apple show that an account under the name "Jeremiah Horenstein" lists HORENSTEIN-9559 as the phone number associated with that account, as well as an address in Miami and "jayracks6@icloud.com" as the email. Subscriber records from T-Mobile for HORENSTEIN-9559 show that HORENSTEIN-9559 is subscribed to "Sean Brown" at the same address listed with Apple.

22.     MINOR VICTIM said that HORENSTEIN also "sells her [BIJOU's] pussy too" and that at one point HORENSTEIN told MINOR VICTIM, "I might have a few other bitches come in" to do dates in the hotel room. MINOR VICTIM met one other Hispanic girl who looked about 15 years old, who told MINOR VICTIM that she had no other way to make money. MINOR VICTIM did one date with this other girl. MINOR VICTIM also described one of the dates as being rough with her and slapped her while they were having sex.

23.     MINOR VICTIM stated that she did a few out-calls and for those HORENSTEIN, BIJOU, and Subject 3 would all drive with her in a white Mercedes Benz rental. HORENSTEIN and BIJOU started calling MINOR VICTIM "breadwinner" because she was making them so much money. A review of MINOR VICTIM's phone shows that on June 5, 2019, at 1:13:09 PM, the phone number HORENSTEIN-9559 sent a text message to MINOR VICTIM stating, in part, "u know u a bread winner she ain't."

24.     MINOR VICTIM further stated that she told BIJOU that she was 17 years old and BIJOU told MINOR VICTIM to tell everyone that she was 21. HORENSTEIN told MINOR

VICTIM that since MINOR VICTIM would be turning 18 soon, "the charge wouldn't be that heavy."

25.    MINOR VICTIM stated that BIJOU sent an Uber to pick up MINOR VICTIM. A review of MINOR VICTIM's phone corroborates MINOR VICTIM. On June 4, 2019, at 4:08:57 PM, BIJOU texted MINOR VICTIM to "Call me." Twelve seconds later, at 4:09:09, BIJOU texted, "Now." At 4:10:16 PM, MINOR VICTIM sent her location to BIJOU, stating "1735 Lincoln st." The following conversation took place, which culminated in BIJOU sending an Uber for MINOR VICTIM.

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 6/4/2019 | 4:11:05 PM | BIJOU | MINOR VICTIM | Don't move |
| 6/4/2019 | 4:11:44 PM | BIJOU | MINOR VICTIM | Yu ready ? |
| 6/4/2019 | 4:11:51 PM | MINOR VICTIM | BIJOU | Yea |
| 6/4/2019 | 4:12:01 PM | MINOR VICTIM | BIJOU | Y'all was right tho |
| 6/4/2019 | 4:12:11 PM | BIJOU | MINOR VICTIM | About |
| 6/4/2019 | 4:12:29 PM | MINOR VICTIM | BIJOU | Someone stole my shit when I was sleep kant trust no body that's what I've been doing today tryna figure out who it was |
| 6/4/2019 | 4:12:48 PM | BIJOU | MINOR VICTIM | Smh you won't find em |
| 6/4/2019 | 4:12:58 PM | BIJOU | MINOR VICTIM | Just have to get back up and make more |
| 6/4/2019 | 4:13:08 PM | BIJOU | MINOR VICTIM | Should've stayed and made more |
| 6/4/2019 | 4:15:35 PM | MINOR VICTIM | BIJOU | I know |
| 6/4/2019 | 4:15:41 PM | MINOR VICTIM | BIJOU | Ima make it bakk today |
| 6/4/2019 | 4:16:02 PM | BIJOU | MINOR VICTIM | Ofcourse he calling it now okay |

26.    In the last message, when BIJOU said "he," she was referring to the person calling the Uber, which was found to be associated to HORENSTEIN. Continuing on June 4, 2019, at 4:17:45 PM, BIJOU sent MINOR VICTIM a screenshot of an Uber heading towards MINOR

VICTIM's location at 1735 Lincoln Street. At 4:18:02 PM, BIJOU instructed MINOR VICTIM to "Walk to Lincoln street and federal highway." At 4:23:33, MINOR VICTIM told BIJOU that she was "In the Uber now."

27. Records from Uber in response to a subpoena show that the account associated with that Uber ride is registered to "Jeremiah Brown," has HORENSTEIN-9559 listed as the phone number associated with the account, and an email address of goonclb@gmail.com. Law enforcement has identified this Uber account as belonging to HORENSTEIN. As noted above, HORENSTEIN-9559 is linked to HORENSTEIN. Additionally, HORENSTEIN's Facebook account is shown with the display name as "Jerm Brown."

28. MINOR VICTIM explained that BIJOU would text with all the clients on her TextNow number to setup the dates. This information was partially corroborated by information received from TextNow and other information described below.

29. Over 50 sex advertisements listed 786-971-4696 as the contact information for the advertisement, and several of those advertisements included images of MINOR VICTIM (some of those images were also found on MINOR VICTIM's cellphone). The earliest advertisement that listed the phone number 786-971-4696 was posted on May 30, 2019, and the latest advertisement was posted on June 5, 2019. According to records received from TextNow in response to a subpoena, 786-971-4696 was registered to jro18825@gmail.com from May 30, 2019, to July 10, 2019.

30. TextNow also provided information associated with email address goonclb@gmail.com. As noted above, that email address is registered to HORENSTEIN with Uber. According to records received from TextNow in response to a subpoena, goonclb@gmail.com was assigned telephone numbers 786-847-7158 from May 31, 2019, to June

5, 2019 and 786-667-4054 from June 5, 2019 to June 20, 2019. Both phone numbers were listed as the contact information for advertisements on listcrawler.com and megapersonals.com for black females (not MINOR VICTIM). The advertisement on listcrawler.com associated with telephone number 786-847-7158 on May 31, 2019 showed a location of a hotel (Hotel 2") "[Hotel 2], I-95, Miami Airport." As noted below, HORENSTEIN and BIJOU trafficked MINOR VICTIM for sex at Hotel 2 on June 1, 2019.

31.     MINOR VICTIM stated that HORENSTEIN and BIJOU took her to prostitution dates at a Hotel 1, Hotel 2, and Hotel 3, all in Miami, Florida. Each of these locations is discussed below.

**e.   Hotel 1: May 29 – 30, 2019**

32.     MINOR VICTIM stated that BIJOU sent an Uber for her and brought her to Hotel 1 in Miami Shores where HORENSTEIN, BIJOU, and Subject 3 were all waiting for her in a hotel room. A review of HORENSTEIN's Uber account shows that on May 29, 2019, there was an Uber ride from a location in Miami shores to Hotel 1 located on Biscayne Boulevard, North Miami, Florida.

33.     MINOR VICTIM stated that she was instructed at Hotel 1 to go down to the lobby to meet the dates and bring them back up to the room. BIJOU and HORENSTEIN would either be at work or in the room on the balcony while MINOR VICTIM was engaging sexual conduct with the date. MINOR VICTIM stated that she had approximately 10 dates per day at Hotel 1 and said she did over 100 dates in total for BIJOU.

34.     Records from Hotel 1 show that a "JEREMIAH HORENSTEIN" checked in on May 29, 2019, checked out on May 30, 2019, and then again checked in on May 30, 2019, and checked out on May 31, 2019.

35.     Advertisements were found of MINOR VICTIM on listcrawler.com for the dates of May 29, May 30, and May 31, with the location of "Biscayne" and "Biscayne Blvd." Many of these are advertisements were associated with telephone numbers 786-971-4696, 305-203-7530, and 305-767-3265.

36.     One ad, posted on www.megapersonals.com on May 30, 2019, at 5:24 PM, was titled "2Girls 1Post" (ID 5027333). It pictured MINOR VICTIM and at least three other females. The body of the ad included all three phone numbers referenced above (786-971-4696, 305-203-7530, and 305-767-3265). Records from megapersonals/listcrawler show that the person who posted the ad created an account with the email address, bijouracquel0399@gmail.com.

37.     MINOR VICTIM's phone also showed a connection to the wifi network with the name of the hotel, "[Hotel 1] North Miami_Guest" on May 30 and 31, 2019.

**f.   Hotel 2: May 31 – June 1, 2019**

38.     Records received from Hotel 2 near the Miami Airport show that on May 31, 2019, HORENSTEIN checked in using a credit card in HORENSTEIN's name, HORENSTEIN-9559 as his phone number, the same address listed in HORENSTEIN's Apple and HORENSTEIN-9559, and "jayracks6@icloud.com" and "joonclv@gmail.com" as his emails (the "j" and "v" in "joonclv@gmail.com" appears to have been a typo and should have read "goonclb@gmail.com").

39.     Video surveillance from the check in show HORENSTEIN and BIJOU checking into Hotel 2 before walking back out to the parking lot. A few minutes later, surveillance video shows HORENSTEIN and BIJOU walking back into Hotel 2 with a white female whose physical appearance is consistent with that of the MINOR VICTIM.

40.     Law enforcement also discovered an advertisement of MINOR VICTIM on listcrawler.com for June 1, with the location of "MIA Airport, [Hotel 2], Hialeah" associated with

telephone number 305-203-7530. Additionally, a review of MINOR VICTIM's phone showed a connection to the wifi network in Hotel 2's name, "[Hotel 2] Meeting" on May 31, 2019 and "[chain hotel of Hotel 2]" on June 1, 2019. Other advertisements dated May 31, 2019, that did not include MINOR VICTIM but were associated with telephone number 786-971-4696, were found showing the location as "[Hotel 2], I-85, Miami Airport."

**g. Hotel 3: June 1-5, 2019**

41.     MINOR VICTIM stated that at Hotel 3, BIJOU and HORENSTEIN got into an argument. BIJOU spit in HORENSTEIN's face and HORENSTEIN punched BIJOU to where her eye swelled up and she couldn't open it. BIJOU called the cops telling them that her boyfriend hit her at Hotel 3.

42.     Records from Hotel 3, located on Biscayne Blvd., Miami Shores, show that a "Jeremiah Horenstein" checked in on June 1, 2019, and checked out on June 2, 2019, and checked back in on June 2, 2019, and checked back out on June 3, 2019. HORENSTEIN provided the address and driver's license number listed on his records with Florida's Driver and Vehicle Information Database. HORENSTEIN paid cash for both of the nights.

43.     On June 5, 2019, at 12:45:45 AM, HORENSTEIN, using HORENSTEIN-9559, received a message from MINOR VICTIM and stated, "You kan kome  in kid Ian onna phone no more." At 1:04:36 AM, MINOR VICTIM sent HORENSTEIN-9559 the 8 selfie photographs referenced above, which included some of MINOR VICTIM's chest with her nipple exposed, close ups of her buttocks wearing only panties, and her genital area wearing only panties. At 1:20:14 AM, MINOR VICTIM's phone shows that her phone connected to a wifi network labeled "Hotel 3." MINOR VICTIM's phone also shows at least one earlier connection to that same wifi on June 4, 2019 at 10:48:56 PM.

44.     Between 1:22:57 AM and 2:36:28 AM, HORENSTEIN-9559 and MINOR VICTIM's phone called one another 11 times.

45.     HORENSTEIN continued to monitor the sex trafficking of MINOR VICTIM. Continuing on June 5, at 4:15:11 AM, HORENSTEIN-9559 texted 786-971-4696. As noted above, 786-971-4696 is a TextNow number that was listed on over 50 sex advertisements, many of which advertised MINOR VICTIM. Records from TextNow pursuant to a search warrant show that the content of HORENSTEIN's message was, "fix ya add it's not 12 anymore." The account user responded "Ok" at 4:25:38 AM

46.     A review of advertisements in the escort section of www.megapersonals.com shows that there was an ad posted on June 4 at 10:01 PM, ID: 5058074, under the title "RED ALERT !!Available24/7," which shows pictures of MINOR VICTIM. The description of the ad read,

> $50 QV SPECIAL TILL 12 am COME FUCK WHILE THIS OFFER LASTS Red at Your Services Ready To Make Your Wishes Come true BBJ SPECIAL 100% Real Pictures Tight Wet Pussy Incalls/Outcalls Open Minded Mention Anything I Have Great personality 786.971.4696 No Police affiliation !! NOT SENDING NEW NUDES"

47.     One of the pictures in this ad is of MINOR VICTIM, wearing only panties and showing her buttocks and part of her breast. In the background, there is a picture frame on the wall that has a white frame, a red mat (border), and a picture of abstract art that appears to include a yellow figure, a blue fish, and a red heart, among other shapes.

48.     This picture of MINOR VICTIM can be found on at least three separate ads in www.listcrawler.com, all posted on June 1 with the contact number of 305-203-7530. It can also be found on ad posted on www.listcrawler.com on June 3 with the contact phone number of on

786-971-4696. And it can be found on three additional ads on www.listcrawler.com posted on June 4 with the contact phone number of 786-971-4696.

49.    HORENSTEIN is linked to other prostitution ads that depict an unknown female with the same white picture frame in the background. Records from TextNow for HORENSTEIN's email address "goonclb@gmail.com" (registered to HORENSTEIN with Uber) show that the email address is registered to the following ads (a) one ad (ID 33767600) posted on May 31 at 6:44 PM, which listed a location of "[Hotel 3], I-95, Miami Airport," and a phone number of 786-847-7158, and (b) four ads with the same poste identification (5035958) on www.megapersonals.com that were posted on May 31, from 11:18 AM to 4:36 PM, which listed a location as "Miami." All of these ads had the same white picture frame described above, but with an unknown female being advertised.

50.    Later that same day (continuing on June 5), HORENSTEIN and MINOR VICTIM engaged in the following text messages:

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 6/5/2019 | 1:13:09 PM | HORENSTEIN | MINOR VICTIM | I mean she came but u know u a bread winner she ain't |
| 6/5/2019 | 1:13:12 PM | HORENSTEIN | MINOR VICTIM | Yes |
| 6/5/2019 | 1:13:32 PM | MINOR VICTIM | HORENSTEIN | Damn she left inna middle of the night again? |
| 6/5/2019 | 1:16:49 PM | HORENSTEIN | MINOR VICTIM | No she still here smh just hard when racquel left me with no bread and shit smh |
| 6/5/2019 | 1:17:15 PM | MINOR VICTIM | HORENSTEIN | She made enough bread for another room? |
| 6/5/2019 | 1:17:24 PM | HORENSTEIN | MINOR VICTIM | Smfh THIS MORNING |
| 6/5/2019 | 1:17:28 PM | MINOR VICTIM | HORENSTEIN | Like so y'all kan stay another night |

| 6/5/2019 | 1:17:28 PM | HORENSTEIN | MINOR VICTIM | but is all good |
|---|---|---|---|---|
| 6/5/2019 | 1:17:40 PM | HORENSTEIN | MINOR VICTIM | We moved |
| 6/5/2019 | 1:17:42 PM | MINOR VICTIM | HORENSTEIN | She jus made it? |
| 6/5/2019 | 1:17:49 PM | HORENSTEIN | MINOR VICTIM | Type shit |
| 6/5/2019 | 1:18:00 PM | MINOR VICTIM | HORENSTEIN | [Hotel 3] to hot type shit |
| 6/5/2019 | 1:18:09 PM | HORENSTEIN | MINOR VICTIM | Hell yeah |
| 6/5/2019 | 1:19:12 PM | MINOR VICTIM | HORENSTEIN | Lmaooooo |

51.      During the preceding text messages, HORENSTEIN told MINOR VICTIM that she earns money and that she earns more money than another unidentified female, when HORENSTEIN stated, "u know u a bread winner she ain't." HORENSTEIN then expressed difficulties in having money because BIJOU left him, as MINOR VICTIM had reported to law enforcement during the argument described above, when HORENSTEIN stated, "just hard when racquel [BIJOU] left me with no bread and shit smh." MINOR VICTIM and HORENSTEIN then talked about making money to rent hotel rooms for more nights, when MINOR VICTIM stated, "She made enough bread for another room?" and "Like so y'all kan stay another night." HORENSTEIN responded that he and the other unidentified female left the Hotel 3, when HORENSTEIN stated, "We moved." HORENSTEIN was probably explaining that Hotel 3 was too risky to conduct dates, when he stated, "Type shit," MINOR VICTIM responded "[Hotel 3] to hot type shit," and HORENSTEIN agreed ("Hell yeah").

52.      HORENSTEIN further maintained the sex trafficking of MINOR VICTIM, as demonstrated in the text messages below:

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 6/5/2019 | 2:51:59 PM | HORENSTEIN | MINOR VICTIM | You making bread |
| 6/5/2019 | 2:52:17 PM | MINOR VICTIM | HORENSTEIN | Eh |
| 6/5/2019 | 2:52:32 PM | HORENSTEIN | MINOR VICTIM | Damn why not ? Location? |
| 6/5/2019 | 2:52:32 PM | MINOR VICTIM | HORENSTEIN | Bad. |
| 6/5/2019 | 2:56:13 PM | HORENSTEIN | MINOR VICTIM | Damn u ain't get none ? |

16

| 6/5/2019 | 2:56:20 PM | HORENSTEIN | MINOR VICTIM | Or u just saying that lol |
| 6/5/2019 | 2:56:54 PM | MINOR VICTIM | HORENSTEIN | I did bc it's me Buh like if most other females did it wouldn't make A lot of bread |
| 6/5/2019 | 2:57:27 PM | HORENSTEIN | MINOR VICTIM | Lol I feel you |
| . . . | . . . | . . . | . . . | . . . . |
| 6/5/2019 | 3:00:54 PM | HORENSTEIN | MINOR VICTIM | Get to you bag man and do shit the right way make a chime bank account |
| 6/5/2019 | 3:01:10 PM | MINOR VICTIM | HORENSTEIN | Maybe |
| 6/5/2019 | 3:01:58 PM | HORENSTEIN | MINOR VICTIM | Okay |

53.     In the preceding messages, HORENSTEIN checked on MINOR VICTIM to determine whether she was making money, when HORENSTEIN asked, "You making bread[?" MINOR VICTIM explained that she was making money, although the location for the dates was bad. HORENSTEIN then attempted to explain to MINOR VICTIM how to maintain her money, when he told MINOR VICTIM to "make a chime bank account."

54.     Law enforcement also discovered an advertisement of MINOR VICTIM on www.listcrawler.com dated June 2, 2019, with the location of "BISCAYNE MIAMI SHORES (outcalls available)" associated with telephone number 786-971-4696. Hotel 3 is located in Miami Shores on Biscayne Blvd.

55.     The last recorded communication on MINOR VICTIM's phone between MINOR VICTIM and either HORENSTEIN or BIJOU was on June 7, 2019, at 10:34:40 AM, which was a text message from HORENSTEIN to MINOR VICTIM.

**h.  Arrest of HORENSTEIN and BIJOU**

56.     On August 15, 2019, members of the CEHTTF, acting in an undercover (UC) capacity, contacted a commercial sex advertisement on www.listcrawler.com in Fort Lauderdale,

Florida, believed to be associated with HORENSTEIN and BIJOU. The ad was dated Thursday, August 15, 2019, at 06:40 PM, and read, "Whos up and wants to bust a FAT NUT" at phone number 954-251-0427.

57.     The UC negotiated a price for sexual services via text ($300 for sex with two girls) and was directed to Hotel 4, Fort Lauderdale, Florida.

58.     Approximately one hour prior to the UC's arrival, members of the CEHTTF set up surveillance along the perimeter of the hotel and witnessed individuals fitting the description of HORENSTEIN and BIJOU walking outside on Hotel 4 property. The UC arrived at approximately 8:20 PM and was instructed to come to room 142.  As the UC traveled towards room 142, law enforcement observed HORENSTEIN on the second floor overlooking the UC.  The UC was invited into room 142 for the date. As the door opened, the UC was immediately able to observe two young looking, naked females standing in the room.  One of these females was identified as BIJOU, and the other was an 18 year old female.

59.     Law enforcement detained HORENSTEIN, who was walking around the common areas of the hotel on second floor.

60.     Further investigation revealed that room 142 was rented in HORENSTEIN's name.

61.     Upon reading HORENSTEIN his *Miranda* rights, HORENSTEIN stated that he wanted to talk to a family member, who was a private investigator and not an attorney. Notwithstanding that HORENSTEIN's family member was not an attorney, law enforcement attempted to end the interview, but HORENSTEIN stated he wanted to talk to law enforcement. Law enforcement asked HORESNTEIN whether he was sure that he wanted to talk with law enforcement without an attorney, and HORENSTEIN agreed.

18

62.    In an audio and video recorded interview, HORENSTEIN admitted that he knew MINOR VICTIM as "breadwinner." HORENSTEIN stated that he asked MINOR VICTIM her age, and MINOR VICTIM said "18." HORENSTEIN stated that he asked MINOR VICTIM for identification, but MINOR VICTIM never provided it. HORENSTEIN admitted to renting rooms for MINOR VICTIM to engage in sexual conduct with others.  He further admitted to driving MINOR VICTIM to outcalls to engage in sexual conduct with others. He said that MINOR VICTIM made about $4,000. He explained that he kept 50 percent of the earnings, but that he shared that money with BIJOU. He further admitted that HORENSTEIN-9559 is his phone number and registered to his alias, "Sean Brown."

63.    BIJOU waived her *Miranda* rights orally and in writing. In an audio and video recorded interview, law enforcement showed BIJOU a picture of MINOR VICTIM without saying anything about MINOR VICTIM's age, and BIJOU responded that she did not know that MINOR VICTIM was 13 years old. BIJOU further stated that MINOR VICTIM did not act young. BIJOU stated that since she is not 21 years old, HORENSTEIN would rent the rooms. According to BIJOU, HORENSTEIN's only involvement was renting rooms for BIJOU and other girls so that BIJOU and the other girls could engage in sexual conduct with others. BIJOU admitted to taking pictures of MINOR VICTIM for the ads, she admitted to posting the ads, and she further admitted to conducting the chats with the interested persons. BIJOU further referred to herself as the "madam." In my training and experience, a madam is the female version of a pimp.

## CONCLUSION

64.    Based on the foregoing facts and information, I respectfully submit that there is probable cause to believe that from on or about May 13, 2019, to June 7, 2019, in Miami-Dade County, in the Southern District of Florida, the defendants, JEREMIAH HORENSTEIN, a/k/a

"Jeremiah Brown," a/k/a "Jerm Brown," and a/k/a "Sean Brown"; and RACQUEL LAVETTE

BIJOU did commit sex trafficking of children, in violation of Title 18, United States Code,

Sections 1591(a)(l), (b)(l), (b)(2) and (c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Alex G. Loff, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this _____ day of August 2019.

_____
Honorable Lauren F. Louis
United States Magistrate Judge

20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-mj-03317-Lauis

### BOND RECOMMENDATION

DEFENDANT: JEREMIAH HORENSTEIN,  a/k/a "Jeremiah Brown,"  etc.

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Daniel Cervantes

Last Known Address: 13944 NE 2d Avenue

Miami, Florida 33161

What Facility:

Agent(s):         S.A. Alex. G. Loff, FBI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-mj-03312- Louis

## BOND RECOMMENDATION

DEFENDANT: RACQUEL LAVETTE BIJOU

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    Daniel Cervantes

Last Known Address: 16300 N. Miami Avenue

Miami, Florida 33169

_____

What Facility:    _____

_____

Agent(s):    S.A. Alex. G. Loff, FBI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)