FILED by CG D.C.

Aug 23, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-20535-CR-BLOOM/LOUIS**
CASE NO. _____

18 U.S.C. § 1591
18 U.S.C. § 1594
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JEREMIAH HORENSTEIN,
    a/k/a "Jeremiah Brown,"
    a/k/a "Jerm Brown,"
    a/k/a "Sean Brown," and
RACQUEL LAVETTE BIJOU,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

**Sex Trafficking of a Minor**
**(18 U.S.C. § 1591)**

From in or around May 13, 2019, through on or about June 7, 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JEREMIAH HORENSTEIN,**
a/k/a "Jeremiah Brown,"
a/k/a "Jerm Brown,"
a/k/a "Sean Brown," and
**RACQUEL LAVETTE BIJOU,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing, and, except where the violation involved advertising, in reckless disregard of the fact,

and, except where the violation involved advertising, having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM had not attained the age of 14 years at the time of such offense.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," a/k/a "Sean Brown,"** and **RACQUEL LAVETTE BIJOU**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594.

All pursuant to Title 18, United States Code, Section 1594 and the procedures set forth at Title 21, United States Code, Section 853, as made applicable here by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____

DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**JEREMIAH HORENSTEIN,**
    a/k/a "Jeremiah Brown,"
    a/k/a "Jerm Brown,"
    a/k/a "Sean Brown," and
**RACQUEL LAVETTE BIJOU,**

    **Defendants.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)           New Defendant(s)        Yes ____  No ____
                                            Number of New Defendants ____
X  Miami   ___ Key West                     Total number of counts    ____
___ FTL    ___ WPB        ___ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    No
   List language and/or dialect   _____

4. This case will take   7   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   I    0 to 5 days       ____      Petty      ____
   II   6 to 10 days      X         Minor      ____
   III  11 to 20 days     ____      Misdem.    ____
   IV   21 to 60 days     ____      Felony     X
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   19-mj-03312-Louis
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   August 16, 2019
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of  _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____   No  X

                                                  _____
                                                  DANIEL CERVANTES
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  FLA BAR NO. 40836

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," a/k/a "Sean Brown"

**Case No:** _____

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RACQUEL LAVETTE BIJOU

**Case No:** _____

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**