UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __19-cr-20535-BB(s)__
18 U.S.C. § 1591
18 U.S.C. § 1594

FILED BY _____ D.C.
NOV 14 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

JEREMIAH HORENSTEIN,
    a/k/a "Jeremiah Brown,"
    a/k/a "Jerm Brown,"
    a/k/a "Sean Brown,"
RACQUEL LAVETTE BIJOU,
ASHTON GARY LEWINSON,
    a/k/a "Ace,"
SOUPRINA BLANC,
    a/k/a "Supa,"
    a/k/a "Suprah,"

    Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Sex Trafficking of a Minor**
**(18 U.S.C. § 1591)**

From in or around May 13, 2019, through on or about June 7, 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

JEREMIAH HORENSTEIN,
a/k/a "Jeremiah Brown,"
a/k/a "Jerm Brown,"
a/k/a "Sean Brown," and
ASHTON GARY LEWINSON,
a/k/a "Ace,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing, and, except where the violation involved advertising, in reckless disregard of the fact, and, except where the violation involved advertising, having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM had not attained the age of 14 years at the time of such offense.

## COUNT 2
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around May 13, 2019, through on or about June 11, 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**RACQUEL LAVETTE BIJOU,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing, and, except where the violation involved advertising, in reckless disregard of the fact, and, except where the violation involved advertising, having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM had not attained the age of 14 years at the time of such offense.

## COUNT 3
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around June 5, 2019, through on or about June 11, 2019, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**SOUPRINA BLANC,**
**a/k/a "Supa,"**
**a/k/a "Suprah,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing, and, except where the violation involved advertising, in reckless disregard of the fact, and, except where the violation involved advertising, having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM had not attained the age of 14 years at the time of such offense.

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," a/k/a "Sean Brown," RACQUEL LAVETTE**

BIJOU, ASHTON GARY LEWINSON, a/k/a "Ace," and SOUPRINA BLANC, a/k/a "Supa," a/k/a "Suprah," have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Superseding Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d), the following:

(a) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(b) any property, real or personal, constituting or derived from, any proceeds that such defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 1594(d), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JEREMIAH HORENSTEIN, et al.

Defendants.
_____/

CASE NO. _____19-cr-20535-BB(s)_____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)         Yes ___  No _x_
Number of New Defendants
Total number of counts        3

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)     _No_
   List language and/or dialect

4. This case will take    7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   I    0 to 5 days       ___        Petty       ___
   II   6 to 10 days      _X_        Minor       ___
   III  11 to 20 days     ___        Misdem.     ___
   IV   21 to 60 days     ___        Felony   _X_
   V    61 days and over

6. Has this case been previously filed in this District Court?  (Yes or No)   _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.               _19-mj-03312-Louis_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   _August 16, 2019_
   Defendant(s) in state custody as of     _____
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

                                    _____
                                    DANIEL CERVANTES
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FLA BAR NO. 40836

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," a/k/a "Sean Brown"

**Case No:** 19-cr-20535-BB(s)

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **RACQUEL LAVETTE BIJOU**

Case No: 19-cr-20535-BB(s)

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ASHTON GARY LEWINSON, a/k/a "Ace"**

Case No: **19-cr-20535-BB(s)**

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Min./Max. Penalties:** Minimum of 15 years' imprisonment and maximum of life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   SOUPRINA BLANC, a/k/a "Supa," a/k/a "Suprah"

Case No:   19-cr-20535-BB(s)

Count #: 3

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

*Min./Max. Penalties: Minimum of 15 years' imprisonment and maximum of life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.