UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-20535-AHS(s)

UNITED STATES OF AMERICA

vs.

JEREMIAH HORENSTEIN,
    a/k/a "Jeremiah Brown,"
    a/k/a "Jerm Brown,"
    a/k/a "Sean Brown,"

        Defendant.
_____/

## FACTUAL PROFFER

Defendant, JEREMIAH HORENSTEIN, a/k/a "Jeremiah Brown," a/k/a "Jerm Brown," a/k/a "Sean Brown," his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

From on or about May 13, 2019, through on or about June 7, 2019, HORENSTEIN did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act in Miami-Dade and Broward Counties, Florida.

HORENSTEIN's offense conduct involved prostituting a 13 year old minor ("MINOR VICTIM"). From on or about May 13, 2019, to June 7, 2019, HORENSTEIN, Racquel Lavette Bijou, and Ashton Gary Lewinson took MINOR VICTIM to engage in at least 100 commercial sex acts at "out-calls" and hotels. HORENSTEIN knew MINOR VICTIM was under 18 years of age or he had a reasonable opportunity to observe MINOR VICTIM, who looks younger than 18 years of age.

I. **Commercial Sex Acts with HORENSTEIN, Bijou, and Lewinson**

On or about May 13, 2019, Bijou met MINOR VICTIM at a mutual friend's home. BIJOU asked if MINOR VICTIM wanted to make money and told her to call when she was ready to do so. BIJOU explained that the way that MINOR VICTIM would be making money was for MINOR VICTIM to engage in sex in exchange for money. Sometime later, MINOR VICTIM called Bijou.

MINOR VICTIM told HORENSTEIN, Bijou, and Lewinson that she was 17 years old, and Bijou told MINOR VICTIM to tell everyone that she was 21. HORENSTEIN told MINOR VICTIM that since MINOR VICTIM would be turning 18 soon, "the charge wouldn't be that heavy." MINOR VICTIM stated that Lewinson told MINOR VICTIM that he "did fraud," so MINOR VICTIM asked him if he could get her two fake IDs because she suspected that she had a warrant for her arrest as a runaway juvenile and could not get one herself. She asked Lewinson for one ID stating that she was 17 and the other stating that she was 21. Lewinson said that he would check with his contacts, but Lewinson was never able to produce a fake ID for MINOR VICTIM.

Bijou told MINOR VICTIM that they would split the money and instructed MINOR VICTIM to make the "dates" feel very comfortable. MINOR VICTIM was supposed to start rubbing the dates to make sure they were not wearing a wire and ask "where are the roses," in reference to the money. MINOR VICTIM was then supposed to take the money and put it in the hotel room safe.

Bijou told MINOR VICTIM to text Bijou with the word, "in" with the amount of money collected from each date and then "out" when the date left. A review of MINOR VICTIM's phone shows that MINOR VICTIM texted Bijou as instructed.

Bijou told MINOR VICTIM to take pictures of herself so that she could send them to potential clients. Bijou also told MINOR VICTIM they needed to be selfies so that they looked real. MINOR VICTIM sent the photos she took to both Bijou and HORENSTEIN.

A review of MINOR VICTIM's phone shows that on June 5, 2019, at 1:04:36 PM, MINOR VICTIM sent 8 selfie photographs to HORENSTEIN at phone number 772-672-9559 (HORENSTEIN-9559). The photographs included pictures of MINOR VICTIM's chest with her nipple exposed, close ups of her buttocks wearing only panties, and her genital area wearing only panties. These pictures can be found on numerous online ads. For example, these pictures can be found on ads on www.listcrawler.com dated June 2, 3, and 4 and on www.megapersonals.com dated June 2, 4, and 5. The advertisements listed phone numbers that were controlled by either Bijou or HORENSTEIN, and either Bijou or HORENSTEIN would communicate with the clients who responded to the advertisements.

For example, Bijou and HORENSTEIN controlled phone number 786-971-4696, serviced by TextNow, from approximately May 30, 2019, to June 5, 2019. Over 50 sex advertisements listed 786-971-4696 as the contact information for the advertisement, and several of those advertisements included images of MINOR VICTIM (some of those images were also found on MINOR VICTIM's cellphone). The earliest advertisement that listed the phone number 786-971-4696 was posted on May 30, 2019, and the latest advertisement was posted on June 5, 2019.

Upon receiving the money from these sex acts, MINOR VICTIM would transfer the money to Bijou, who would give the money to HORENSTEIN, and HORENSTEIN would pay Lewinson a portion of the money. Lewinson was always present while MINOR VICTIM was with a date. Should any of the dates get violent with MINOR VICTIM, Lewinson was supposed to assist MINOR VICTIM.

Either HORENSTEIN, Bijou, or Lewinson would provide condoms for MINOR VICTIM. Additionally, HORENSTEIN or Lewinson would provide marijuana for MINOR VICTIM to smoke. LEWINSON and BIJOU would also provide cocaine, though she did not do cocaine frequently. MINOR VICTIM also stated that some of the "Johns" would provide cocaine and/or marijuana.

HORENSTEIN, Bijou, and Lewinson took MINOR VICTIM to engage in commercial sex acts at out-calls and hotels.

   a. **Out-Calls**

HORENSTEIN, Bijou, and Lewinson took MINOR VICTIM to approximately 25 outcalls between May 29, 2019, and June 5, 2019. The group went to the out-calls in a white Mercedes Benz. Either HORENSTEIN or Lewinson would drive. Prior to the MINOR VICTIM meeting with the date, Bijou would state how long the dates would be and what they would be for (e.g. "head," "quick visit," half hour, hour, etc.). MINOR VICTIM stated that hour dates did not happen frequently, and when they did, MINOR VICTIM and the date would engage in sex, smoke, and then "hang out."

   b. **Hotels**

HORENSTEIN, Bijou, and Lewinson took MINOR VICTIM to prostitution dates at Hotel 1, Hotel 2, and Hotel 3, all in Miami, Florida. Each of these locations is discussed below.

   i. **Hotel 1: May 29 – 30, 2019**

MINOR VICTIM stated that Bijou sent an Uber for her and brought her to Hotel 1 in North Miami where HORENSTEIN, Bijou, and Lewinson were all waiting for her in a hotel room. A review of HORENSTEIN's Uber account shows that on May 29, 2019, there was an Uber ride from a location in Miami shores to Hotel 1, located on Biscayne Boulevard, North Miami, Florida.

4

MINOR VICTIM stated that she was instructed at Hotel 1 to go down to the lobby to meet the dates and bring them back up to the room. HORENSTEIN, Bijou, and Lewinson would either be at work or in the room on the balcony while MINOR VICTIM was engaging sexual conduct with the date. In one instance while at the Best Western, two brothers responded to an ad to have sex with MINOR VICTIM. Lewinson waited outside the room with one brother while the other brother had sex with MINOR VICTIM. When the first brother was finished, Lewinson ushered in the second brother to have sex with MINOR VICTIM.

Records from Hotel 1 show that a "Jeremiah HORENSTEIN" checked in on May 29, 2019, checked out on May 30, 2019, and then again checked in on May 30, 2019, and checked out on May 31, 2019.

Law enforcement found advertisements of MINOR VICTIM on listcrawler.com for the dates of May 29, May 30, and May 31, with the location of "Biscayne" and "Biscayne Blvd." Many of these are advertisements were associated with telephone number 786-971-4696, among others.

One ad, posted on www.megapersonals.com on May 30, 2019, at 5:24 PM, was titled "2Girls 1Post" (ID 5027333). It pictured MINOR VICTIM and at least three other females. The body of the ad included the phone number 786-971-4696, among others. Records from megapersonals/listcrawler show that the person who posted the ad created an account with the email address, bijouracquel0399@gmail.com.

MINOR VICTIM's phone also showed a connection to the wifi network with the name of the hotel, "[Hotel 1] North Miami_Guest" on May 30 and 31, 2019.

### ii. Hotel 2: May 31 – June 1, 2019

Records received from Hotel 2 near the Miami Airport show that on May 31, 2019, HORENSTEIN checked in using a credit card in HORENSTEIN's name and phone number, among other identifiers.

Video surveillance from the check in show HORENSTEIN and Bijou checked in with the front desk at 1:30 p.m. After completing check in, HORENSTEIN and Bijou walked out of the hotel and into the parking lot. At approximately 1:36 p.m., the security footage over the front desk shows HORENSTEIN and Bijou walking back into the hotel, this time with MINOR VICTIM, walking past the front desk and towards the elevators. At approximately 1:40 p.m., Lewinson is captured in the surveillance footage walking past the front desk in the same direction as HORENSTEIN, Bijou, and MINOR VICTIM. Lewinson was followed by two additional females, who were girls who were also there to have sex with dates.

Law enforcement also discovered an advertisement of MINOR VICTIM on listcrawler.com for June 1, with the location of "MIA Airport, [Hotel 2], Hialeah" associated with telephone number 305-203-7530. Additionally, a review of MINOR VICTIM's phone showed a connection to the wifi network in Hotel 2's name, "[Hotel 2] Meeting" on May 31, 2019 and "[chain hotel of Hotel 2]" on June 1, 2019. Other advertisements dated May 31, 2019, that did not include MINOR VICTIM but were associated with telephone number 786-971-4696, were found showing the location as "[Hotel 2], I-85, Miami Airport."

### iii. Hotel 3: June 1-5, 2019

Records from Hotel 3, located on Biscayne Blvd., Miami Shores, show that a "Jeremiah HORENSTEIN" checked in on June 1, 2019, and checked out on June 2, 2019, and checked back in on June 2, 2019, and checked back out on June 3, 2019. HORENSTEIN provided the address

and driver's license number listed on his records with Florida's Driver and Vehicle Information Database. HORENSTEIN paid cash for both of the nights.

On June 5, 2019, at 12:45:45 AM, HORENSTEIN, received a message from MINOR VICTIM and stated, "You kan kome in kid Ian onna phone no more." At 1:04:36 AM, MINOR VICTIM sent HORENSTEIN the 8 selfie photographs referenced above, which included some of MINOR VICTIM's chest with her nipple exposed, close ups of her buttocks wearing only panties, and her genital area wearing only panties. At 1:20:14 AM, MINOR VICTIM's phone shows that her phone connected to a wifi network labeled "[Hotel 3]." MINOR VICTIM's phone also shows at least one earlier connection to that same wifi on June 4, 2019 at 10:48:56 PM.

HORENSTEIN continued to monitor the sex trafficking of MINOR VICTIM. Continuing on June 5, at 4:15:11 AM, HORENSTEIN texted 786-971-4696. HORENSTEIN's message was, "fix ya add it's not 12 anymore." The account user responded "Ok" at 4:25:38 AM.

A review of advertisements in the escort section of www.megapersonals.com shows that there was an ad posted on June 4 at 10:01 PM, ID: 5058074, under the title "RED ALERT !!Available24/7," which shows pictures of MINOR VICTIM. The description of the ad included a special that expired at 12 a.m., and read:

> $50 QV SPECIAL TILL 12 am COME FUCK WHILE THIS OFFER LASTS Red at Your Services Ready To Make Your Wishes Come true BBJ SPECIAL 100% Real Pictures Tight Wet Pussy Incalls/Outcalls Open Minded Mention Anything I Have Great personality 786.971.4696 No Police affiliation !! NOT SENDING NEW NUDES"

One of the pictures in this ad is of MINOR VICTIM, wearing only panties and showing her buttocks and part of her breast. This picture of MINOR VICTIM can be found on at least three separate ads in www.listcrawler.com, all posted on June 1. It can also be found on ad posted on www.listcrawler.com on June 3 with the contact phone number of on 786-971-4696. And it can

be found on three additional ads on www.listcrawler.com posted on June 4 with the contact phone number of 786-971-4696.

Law enforcement also discovered an advertisement of MINOR VICTIM on www.listcrawler.com dated June 2, 2019, with the location of "BISCAYNE MIAMI SHORES (outcalls available)" associated with telephone number 786-971-4696. Hotel 3 is located in Miami Shores on Biscayne Blvd.

On June 5, 2019, while at Hotel 3, HORENSTEIN and Bijou got into a physical fight. MINOR VICTIM stated that HORENSTEIN hit Bijou in the face. After the fight, Bijou called an Uber to take Bijou and MINOR VICTIM to codefendant Souprina Blanc, who was staying at an efficiency-type of Airbnb somewhere in Miami.

HORENSTEIN continued to message MINOR VICTIM until approximately June 7, 2019.

Ultimately, law enforcement recovered MINOR VICTIM on June 11, 2019, at an Airbnb in Miami, Florida. Law enforcement responded to the address in an undercover capacity after responding to a prostitution ad for MINOR VICTIM. Upon arriving, MINOR VICTIM was observed exiting the front of the residence. Inside the residence, Blanc was found performing oral sex on a male in the living room, and another female was found having sex with a male in another room.

## II.    **HORENSTEIN's Arrest**

On August 15, 2019, law enforcement, acting in an undercover (UC) capacity, contacted a commercial sex advertisement on www.listcrawler.com in Fort Lauderdale, Florida, believed to be associated with HORENSTEIN and Bijou. The ad was dated Thursday, August 15, 2019, at 06:40 PM, and read, "Whos up and wants to bust a FAT NUT" at phone number 954-251-0427.

The UC negotiated a price for sexual services via text ($300 for sex with two girls) and was directed to Hotel 4, Fort Lauderdale, Florida. Upon arriving at Hotel 4, the UC was instructed to come to room 142. As the UC traveled towards room 142, law enforcement observed HORENSTEIN on the second floor overlooking the UC. The UC was invited into room 142 for the date. As the door opened, the UC was immediately able to observe two young, naked females standing in the room. One of these females was Bijou, and the other was an 18 year old female.

Further investigation revealed that room 142 was rented in HORENSTEIN's name.

In an audio and video recorded interview, HORENSTEIN admitted that he knew MINOR VICTIM as "breadwinner." HORENSTEIN stated that he asked MINOR VICTIM her age, and MINOR VICTIM said "18." HORENSTEIN stated that he asked MINOR VICTIM for identification, but MINOR VICTIM never provided it. HORENSTEIN admitted to renting rooms for MINOR VICTIM to engage in sexual conduct with others. He further admitted to driving MINOR VICTIM to outcalls to engage in sexual conduct with others. He said that MINOR VICTIM made about $4,000. He explained that he kept 50 percent of the earnings, but that he shared that money with Bijou. He further admitted that HORENSTEIN-9559 is his phone number.

HORENSTEIN gave consent to search his phone. A review of the phone shows that HORENSTEIN deleted all communication with MINOR VICTIM. There were, however, at least two pictures of MINOR VICTIM on HORENSTEIN's phone that were used to post sex ads of MINOR VICTIM.

Law enforcement also found messages between HORENSTEIN and several other females where HORENSTEIN was attempting to recruit the females to work as prostitutes for him.

- "Let's make some Moneyyy"
- "Yo ad is so garbage   come fwm And u will make Real Bands!"

- But I'm here in Miami Beach and I have skills talking to guys no Homo I just know exactly how to speak to them if you want to advance and save money on gas for out calls or save your money on hotels for in calls we can work together I can get you more clientele I'm willing to spend money on you spoil you and do anything possible to make you satisfied and happy"
- "I want 50% of everything you make"
- "And basically I could teach you and mold u into a bread winner we can link up tomorrow and talk about it I'm born and raised out here and I'm not no fuck nigga I just noticed u Got a Nice ass body and I will help u win No bullshit no gorilla pimp or Nonsense just business and Loyalty"
- "I had a feeling but would u consider it if yu made almost 800-1k a day?"
- "I wouldn't want you to do it either yu gorgeous as fuck but I know if you was to do this you will be a bread winner"
- "Would you fuck raw if they had papers"
- "And okay come fuck with me I will Get you to the point you want to be Honestly I'm not gone tell yu this am not amount to it Hair done feet done nails done everything did ready To make Bands On a daily"
- "You ready to take consistend dick then"
- "Why you think I asked you for the pictures and that dating app is not specifically for fucking"

The use of the internet, hotels, Airbnbs, and cellphones described above affects interstate and foreign commerce

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/14/20     By: _____
                      DANIEL CERVANTES
                      ASSISTANT UNITED STATES ATTORNEY

Date: 2-14-20     By: _____
                      JEREMIAH HORENSTEIN
                      DEFENDANT

Date: 2/14/2020   By: _____
                      RICHARD ANTHONY MERLINO, JR.   0977640
                      ATTORNEY FOR DEFENDANT